FILED IN CHAMBERS
U.S.D.C.
OCT 24 2011
James N. Hatten, Clerk
By: AmCauu
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION FILE NO. |
| v. | : | 1:11-CR-307-1-ODE-ECS |
| RICHARD MITCHELL | : | |

ORDER

This criminal action is before the Court on the Report and Recommendation of United States Magistrate Judge E. Clayton Scofield III filed September 29, 2011 [Doc. 47]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion to Sever the Defendant or to Sever Counts 5 and 6 of the Indictment [Doc. 43] be denied. The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's Motion to Sever [Doc. 43] is DENIED.

SO ORDERED, this 24 day of October, 2011.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE